UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

                                      Criminal No. 06-20234

v.                                        Civil No. 14-13557

AHMAD DANIELS,                  Hon. John Corbett O'Meara

    Defendant/Petitioner.

_____/

## ORDER DENYING MOTION FOR
## CERTIFICATE OF APPEALABILITY

Before the court is Petitioner Ahmad Daniels's motion for a certificate of appealability, filed January 6, 2015. The court denied Petitioner's motion to vacate sentence under 28 U.S.C. § 2255 on December 18, 2014. Petitioner filed a notice of appeal to the Court of Appeals for the Sixth Circuit on January 6, 2015.

Petitioner may appeal the denial of his § 2255 motion if this court or the Sixth Circuit grants a certificate of appealability under 28 U.S.C. § 2253(c). See Fed. R. App. P. 22(b)(1). The court may issue a certificate of appealability if the petitioner has made "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).

> [T]he petitioner need not show that he should prevail on the merits. He has already failed in that endeavor. Rather, he must demonstrate that the issues are debatable

>   among jurists of reason; that the court <u>could</u> resolve the
>   issues [in a different manner]; or that the questions are
>   "adequate to deserve encouragement to proceed further."

<u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 n.4 (1983) (citations omitted); <u>Hence v. Smith</u>, 49 F. Supp. 2d 547, 549 (E.D. Mich. 1999).

Petitioner claims that his counsel was ineffective during jury selection and at his re-sentencing. For the reasons explained in its December 18, 2014 order, the court finds that the issues are not "debatable" and that Petitioner has not made a substantial showing of a denial of a constitutional right. <u>See</u> Docket No. 360.

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for a certificate of appealability is DENIED.

s/John Corbett O'Meara<br>
United States District Judge

Date: February 17, 2015


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, February 17, 2015, using the ECF system and/or ordinary mail.

s/William Barkholz<br>
Case Manager

-2-