UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

                                                  Criminal No. 06-20234
v.                                                Civil No. 14-13557

AHMAD DANIELS,                   Hon. John Corbett O'Meara

    Defendant/Petitioner.
_____/

**ORDER DENYING APPLICATION TO
PROCEED *IN FORMA PAUPERIS* ON APPEAL**

Before the court is Defendant/Petitioner Ahmad Daniels's application to proceed *in forma pauperis* on appeal. The court denied Defendant's motion to vacate sentence under 28 U.S.C. § 2255 on December 18, 2014, and also denied Defendant's motion for a certificate of appealability on February 17, 2015.

The court may grant *in forma pauperis* status if the court finds that an appeal is being taken in good faith. See Fed. R. App. P. 24 (a); Foster v. Ludwick, 208 F. Supp. 2d 750, 765 (E.D. Mich. 2002). Good faith requires a showing that the issues raised are not frivolous. Id.

In his § 2255 motion, Defendant pursued an ineffective assistance of counsel claim, which the court denied. The court further found, in denying a certificate of appealability, that Defendant did not make a substantial showing of the denial of a


constitutional right.  Although Defendant has not delineated the issues he seeks to pursue (see Fed. R. App. P. 24(a)), the court does not discern a non-frivolous basis for appeal.

Accordingly, IT IS HEREBY ORDERED that Defendant's application to proceed *in forma pauperis* on appeal is DENIED.


s/John Corbett O'Meara
United States District Judge

Date:  May 13, 2015


I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, May 13, 2015, using the ECF system and/or ordinary mail.


s/William Barkholz
Case Manager